Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LINDA MICHELLE ANSELM,<br><br>　　　　　Defendant. | NO. 3:03-cr-0044-JKS<br><br>**MOTION TO TERMINATE SUPERVISED RELEASE** |

COMES NOW THE DEFENDANT, Linda Anselm, by and through Rich Curtner, Federal Defender, as friend of the court, and moves this court for early termination of her supervised release.  This motion is submitted pursuant to 18 U.S.C. § 3583(e)(1), and is supported by the attached affidavit of counsel as friend of the court.

Linda Anselm was sentenced by this court in September 2003, to a term of ten months imprisonment and five years of supervised release.  Ms. Anselm was released from prison in August 2004.  For the past two years, Ms. Anselm has been supervised by U.S. Probation Officer Beth Mader.

Title 18 U.S.C. § 3583(e)(1) authorizes this court to terminate supervised release after one year:

**(e) Modification of conditions or revocation** –

The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) –

> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice;

On October 29, 2002, the Committee on Criminal Law of the Judicial Conference of the United States recommended that offenders should be considered for early termination of supervision as soon as they are statutorily eligible. On October 30, 2002, the Administrative Office of the United States Courts encouraged federal probation officers to create criteria for systemic assessment of those eligible for early termination of supervision.

Ms. Anselm was charged with a number of people in a fraud conspiracy. Ms. Anselm admitted her involvement in the conspiracy, but did not receive any financial proceeds from the fraud. Her judgement required that Ms. Anselm be jointly and severally liable for the full amount of restitution owed to Key Bank in the amount of $23,411.11.

Since her release from the Bureau of Prisons, Ms. Anselm has made monthly restitution payments in the total of approximately $1,400.00. She is a single mother of two

children. She has been employed and supporting her children while on supervision. She has had no violations or positive drug tests.

Ms. Anselm respectfully requests that her term of supervised release be terminated and that she be excused from further restitution obligations.

DATED at Anchorage, Alaska this 9th day of May 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on May 9, 2006,
a copy of the **Motion to Terminate Supervised Release** was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

and a copy was hand delivered to:

Beth Mader
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner