UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LINDA MICHELLE ANSELM,<br><br>Defendant. | NO. 3:03-cr-0044-JKS<br><br>**PROPOSED ORDER** |

After due consideration of the Motion to Terminate Supervised Release, and good cause therefore, said motion is GRANTED.

IT IS HEREBY ORDERED THAT Ms. Anselm's supervised release in the above-captioned matter be terminated effective _____, 2006. Ms. Anselm is relieved from any further restitution obligations imposed as a condition of her supervised release.

DATED this _____ day of May 2006, in Anchorage, Alaska.

_____
JAMES K. SINGLETON
U.S. DISTRICT JUDGE