Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDA MICHELLE ANSELM,<br><br>    Defendant. | NO. 3:03-cr-0044-JKS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Rich Curtner, being first duly sworn upon oath, deposes and states:

1.    I am the Federal Defender for the District of Alaska.

2.    Ms. Anselm was originally represented by CJA counsel appointed by the court.  Ms. Anselm cannot afford to hire an attorney to help prepare this motion for early termination and was referred to the Federal Defender Office by her probation officer.

3.  I have spoken to Beth Mader, U.S. Probation Officer. The representations in this motion are those provided by Ms. Mader in that conversation.

4.  All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

RICH CURTNER

SUBSCRIBED AND SWORN to before me this 9th day of May 2006.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

*United States v. Linda Michelle Anselm*
Case No. 3:03-cr-0044-JKS

Page 2