MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*United States v. Anselm*
Case No. 3:03-cr-00044-JKS

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Dan Maus, Case Management: 677-6123*

PROCEEDINGS:    ORDER FROM CHAMBERS

Anselm seeks early termination of her supervised release. Docket No. 22. The government opposes, arguing that Anselm is a hardened criminal whose continued supervision is necessary for the protection of the public. Docket No. 29. Anselm has not filed a reply.

The Court would benefit from an updated pre-sentence report in which the probation officer would summarize Anselm's conduct while on supervised release and make a recommendation regarding the pending motion. The updated pre-sentence report should be filed and served on the parties no later than Friday, July 14, 2006.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: June 12, 2006

\*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.