IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>vs.<br>LINDA MICHELLE ANSELM,<br>　　　　　　Defendant. | Case No. 3:03-cr-00044-JKS<br><br>O R D E R |

　　　Linda Anselm seeks early termination of her supervised release. Docket No. 27. The government opposes. Docket No. 29. The Court has obtained and reviewed an updated presentence report, which has been distributed to the parties together with the recommendation of the Probation Officer, Ms. Beth Mader, that supervision not be terminated.

　　　The Court has reviewed the arguments of the parties and concludes that the public interest would not be served by terminating Ms. Anselm's supervised release at this time. Therefore, the motion at **Docket No. 27** is **DENIED**.

　　　**IT IS SO ORDERED.**

　　　Dated at Anchorage, Alaska, this 3rd day of August 2006.

　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge