Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LINDA MICHELLE ANSELM,<br><br>Defendant. | NO. 3:03-cr-0044-JKS<br><br>**UNOPPOSED MOTION TO TERMINATE SUPERVISED RELEASE** |

COMES NOW THE DEFENDANT, Linda Anselm, by and through Rich Curtner, Federal Defender, as friend of the court, and moves this court for early termination of her supervised release.  This motion is submitted pursuant to 18 U.S.C. § 3583(e)(1), and is supported by the attached affidavit of counsel as friend of the court.

Linda Anselm was sentenced by this court in September 2003, to a term of ten months imprisonment and five years of supervised release.  Ms. Anselm was released from prison in August 2004.  For the past two and one-half years, Ms. Anselm has been supervised by U.S. Probation Officer Beth Mader.

Title 18 U.S.C. § 3583(e)(1) authorizes this court to terminate supervised release after one year:

**(e) Modification of conditions or revocation** –

The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) –

(1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice;

Ms. Anselm was charged with a number of people in a fraud conspiracy. Ms. Anselm admitted her involvement in the conspiracy, but did not receive any financial proceeds from the fraud. Her judgement required that Ms. Anselm be jointly and severally liable for the full amount of restitution owed to Key Bank in the amount of $23,411.11.

Since her release from the Bureau of Prisons, Ms. Anselm has made monthly restitution payments in the total of approximately $1,600.00. She is a single mother of two children. She has been employed and supporting her children while on supervision. She has had no violations or positive drug tests.

In May 2006, Ms. Anselm filed a motion for early termination of supervision. Although Ms. Anselm had, by August of 2006, completed two years of supervision without violation, she was still jointly and severally liable for the full amount of restitution. That unsatisfied restitution obligation was an obstacle to early termination of supervision.

Ms. Anselm has been the only defendant in this case that has been able to pay restitution on a regular basis.  After this court denied Ms. Anselm's motion in August 2006, Frank Russo, Assistant U.S. Attorney, and Beth Mader, Ms. Anselm's probation officer, indicated that they would support termination of Ms. Anselm's supervision if she could complete an additional $3,000.00 toward restitution.

Ms. Anselm has been able to use a tax refund and savings to make a payment of $3,075.00 toward restitution on February 27, 2007.  She has now paid a total of approximately $4,600.00.  In order to be released from supervised release and any further civil obligations toward restitution, this court would need to issue an order that Ms. Anselm's restitution obligation in this case has been satisfied in full.

Ms. Anselm has a promising job opportunity out of state.  She feels that she has received the maximum benefit from probation supervision.  Ms. Anselm respectfully requests that her term of supervised release be terminated and that she be excused from further restitution obligations.

DATED at Anchorage, Alaska this 1st day of March 2007.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:      rich_curtner@fd.org

Certification:
I certify that on March 1, 2007,
a copy of the ***Unopposed Motion
to Terminate Supervised Release***
was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


and a copy was hand delivered to:

Beth Mader
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Rich Curtner