UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LINDA MICHELLE ANSELM,<br><br>　　　　Defendant. | NO. 3:03-cr-0044-JKS<br><br>**PROPOSED ORDER** |

　　　　After due consideration of the Unopposed Motion to Terminate Supervised Release, and good cause therefore, said motion is GRANTED.

　　　　IT IS HEREBY ORDERED THAT Ms. Anselm's supervised release in the above-captioned matter be terminated effective _____, 2007. The court finds that Ms. Anselm's personal restitution obligation has been satisfied in full. Ms. Anselm is relieved from any further restitution obligations imposed as a condition of her supervised release.

　　　　DATED this _____ day of March 2007, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE