Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LINDA MICHELLE ANSELM,<br><br>　　　　　Defendant. | NO. 3:03-cr-0044-JKS<br><br>**AFFIDAVIT OF COUNSEL AS FRIEND OF THE COURT** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Rich Curtner, being first duly sworn upon oath, deposes and states:

　　　　1.　　I am the Federal Defender for the District of Alaska.

　　　　2.　　Ms. Anselm was originally represented by CJA counsel appointed by the court.  Ms. Anselm cannot afford to hire an attorney to help prepare this motion for early termination and was referred to the Federal Defender Office by her probation officer.

3. I have spoken to Beth Mader, U.S. Probation Officer. She does not oppose this motion.

4. I have spoken with Frank Russo, Assistant U.S. Attorney. He states that does not oppose this motion.

5. All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ Rich Curtner

SUBSCRIBED AND SWORN to before me this 1st day of March 2007.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on March 1, 2007,
a copy of the *Affidavit of Counsel*
was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

and a copy was hand delivered to:

Beth Mader
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner

*United States v. Linda Michelle Anselm*
Case No. 3:03-cr-0044-JKS