


MAR – 5 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:03-cr-0044-JKS |
| Plaintiff, | |
| vs. | ORDER |
| LINDA MICHELLE ANSELM, | |
| Defendant. | |

After due consideration of the Unopposed Motion to Terminate Supervised Release, and good cause therefore, said motion is GRANTED.

IT IS HEREBY ORDERED THAT Ms. Anselm's supervised release in the above-captioned matter be terminated effective _March 15_, 2007. The court finds that Ms. Anselm's personal restitution obligation has been satisfied in full. Ms. Anselm is relieved from any further restitution obligations imposed as a condition of her supervised release.

DATED this ____ day of March 2007, in Anchorage, Alaska.

**REDACTED SIGNATURE**

JAMES K. SINGLETON
U.S. DISTRICT JUDGE